ANTHONY E. COLOMBO JR.
California State Bar No. 218411
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-1704

UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LEO S. PAPAS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SERGIO CASTILLO-RODRIGUEZ,<br><br>　　　　　Defendant. | Case No. 06cr1670-DMS<br><br>ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS |

**WHEREAS** good cause appearing and the with the consent of the sureties,

**IT IS HEREBY ORDERED** that Mr. Castillo-Rodriguez's release conditions set in case 06cr1670-DMS, shall be modified to allow him to travel to Tijuana, Mexico at the discretion of pre-trial services for the sole purpose of renewing his taxi cab contracts. Mr. Castillo-Rodriguez must leave to Mexico and return to the United States on the same day no later than 4:45 p.m.

**IT IS FURTHER ORDERED** that Mr. Castillo-Rodriguez provide pre-trial services with at least 48 hours advanced notice prior to the date and time he is to leave to Mexico, contact pre-trial services immediately before he leaves to Mexico, and contact pre-trial services immediately upon returning from Mexico.

**IT IS FURTHER ORDERED** all other pre-trial release conditions remain in effect.

Dated: October 17, 2006

_____
HONORABLE LEO S. PAPAS
United States Magistrate Judge

**LAW OFFICES OF ANTHONY E. COLOMBO JR.**
THE SENATOR BUILDING, 3RD FL.
105 WEST "F" STREET
SAN DIEGO, CA 92101
OFFICE (619) 236-1704
FAX (619) 236-1852

October 17, 2006

The Honorable Leo S. Papas
United States Magistrate Court Judge
Southern District of California
940 Front Street
San Diego, CA 92101

Re: *United States v. Sergio Castillo-Rodriguez 06cr1670-DMS*

Dear Honorable Judge Papas,

Attached please find the proposed order modifying Mr. Castillo-Rodriguez' pre-trial release conditions with the original letters from the sureties as requested by your honor.

I appreciate your understanding and consideration in this matter. If there is any further information that is required please do not hesitate to contact my office. Thank you.

Sincerely,

Anthony E. Colombo Jr.


cc:   Christina McCall
      Assistant United States Attorney
      United States Attorney's Office
      880 Front Street
      San Diego, CA 92101
      (via fax)

**LAW OFFICES OF ANTHONY E. COLOMBO JR.**
THE SENATOR BUILDING, 3RD FL.
105 WEST "F" STREET
SAN DIEGO, CA 92101
OFFICE (619) 236-1704
FAX (619) 236-1852

October 12, 2006

The Honorable Leo Papas
United States Magistrate Judge
Southern District of California
940 Front Street
San Diego, CA 92101

Re: Modification of Pre-trial Release Conditions in *United States v. Sergio Castillo-Rodriguez 06cr1670-DMS*

Dear Honorable Judge Papas,

I am writing this letter to inform you that I am not opposed to allowing my uncle, Sergio Castillo-Rodriguez, permission to travel to Mexico at the discretion of pre-trial services to resolve outstanding business issues concerning the taxis that my uncle owns in Tijuana. I appreciate the risks involved with allowing my uncle to travel to Mexico and understand that if he does not return, or violates his pre-trial release conditions in anyway, my property will be forfeited. Knowing this risk I still agree to the Court modifying my uncle's release conditions to travel to Mexico for the limited purpose addressed above, and agree with this new condition to remain as his surety.

Sincerely,

Cristian Castillo

# SUBSCRIBING WITNESS JURAT

State of California
County of __FRESNO__ } SS.

On __Oct. 16, 2006__, before me, the undersigned, a notary public for the state, personally appeared __BENJAMIN CASTILLO__, personally known to me (or proved to
       DATE                SUBSCRIBING WITNESS'S NAME

me on the oath of _____, who is personally known to me) to
                        CREDIBLE WITNESS'S NAME

be the person whose name is subscribed to the within instrument, as a witness there to, who, being by me duly sworn, deposed and said that he/she was present and saw __Cristian Castillo__ the
                                NAME(S) OF PRINCIPAL(S)

same person(s) described in and whose name(s) is/are subscribed to the within and annexed instrument in his/her/their authorized capacity(ies) as (a) party(ies) thereto, execute the same, and that said affiant subscribed his/her name to the within instrument as a witness at the request of

__Cristian Castillo__.
NAME(S) OF PRINCIPAL(S)

WITNESS my hand and official seal.

_____
NOTARY'S SIGNATURE

[Notary Seal: JOE A. TERAN JR., Comm. # 1399393, NOTARY PUBLIC - CALIFORNIA, Fresno County, My Comm. Expires March 6, 2007]

═══════════ OPTIONAL INFORMATION ═══════════

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [x] INDIVIDUAL
- [ ] CORPORATE OFFICER
  _____
  TITLE(S)
- [ ] PARTNER(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] SUBSCRIBING WITNESS
- [ ] OTHER: _____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**
__Letter : Pre-Trial Release__
TITLE OR TYPE OF DOCUMENT

__One__
NUMBER OF PAGES

__10/12/2006__
DATE OF DOCUMENT

OTHER

RIGHT THUMBPRINT OF SIGNER

[Top of thumbprint here]

SWJ 7/99                VALLEY-SIERRA, 800-362-3369

**LAW OFFICES OF ANTHONY E. COLOMBO JR.**
THE SENATOR BUILDING, 3RD FL.
105 WEST "F" STREET
SAN DIEGO, CA 92101
OFFICE (619) 236-1704
FAX (619) 236-1852

October 12, 2006

The Honorable Leo Papas
United States Magistrate Judge
Southern District of California
940 Front Street
San Diego, CA 92101

Re:   Modification of Pre-trial Release Conditions in *United States v. Sergio Castillo-Rodriguez 06cr1670-DMS*

Dear Honorable Judge Papas,

I am writing this letter to inform you that I am not opposed to allowing my husband, Sergio Castillo-Rodriguez, permission to travel to Mexico at the discretion of pre-trial services to resolve outstanding business issues concerning the taxis that my husband owns in Tijuana. I appreciate the risks involved with allowing my husband to travel to Mexico and understand that if he does not return, or violates his pre-trial release conditions in anyway, my property will be forfeited. Knowing this risk I still agree to the Court modifying my husband's release conditions to travel to Mexico for the limited purpose addressed above, and agree with this new condition to remain as his surety.

Sincerely,

*[signature]*
Irene Martinez

*[witnessed by signature]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, ) | CRIMINAL CASE NO. 06CR1670-DMS |
| v. ) | "MODIFIED" |
| Sergio Castillo-Rodriguez ) | ORDER AND CONDITIONS OF PRETRIAL |
| Defendant. ) | RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing*,
**IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

## STANDARD CONDITIONS:

✓ 1. restrict travel to ❏ San Diego County, ❏ Southern District of California, ❏ Central District of California, ❏ State of California, ❏ United States, ❏ do not enter Mexico, ❏ other:_____;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802) without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

FILED
OCT 12 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ADDITIONAL CONDITIONS:

___ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for: ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
❏ submit to supervision and custody of _____; and/or
❏ remain at a specified residence (curfew) between the hours of ___ P.M. and ___ A.M. daily;
___10. actively seek and maintain full-time employment, schooling, or combination of both;
___11. execute a personal appearance bond in the amount of $_____ secured by:
❏ a trust deed to the United States on real estate approved by a Federal Judge;
❏ the co-signatures of _____ financially responsible (related) adults;
❏ Nebbia Hearing ❏ Exam of Sureties ❏ other: _____
___12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $_____ that covers **ALL** conditions of release (not just appearances).
___13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.
___14. clear all warrants/FTA's within ___ days of release.
___15. all conditions previously set will remain the same.
✓16. other conditions: A is authorized to travel to Tijuana Mexico on one specific day to be arranged and approved by Pretrial Services. Def is to be in contact w/ PTS just before traveling to Mexico and return before 5 PM the day of travel & call PTS for return. D is advised to provide notice to officials at the border to avoid problems on his return.

DATED: 10/12/06

_____
Federal Judge

cc:   Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)